IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DONNELL NILES,<br><br>Plaintiff,<br><br>v.<br><br>S. AUNG,<br><br>Defendant. | Case No. 2:22-cv-1832 AC P<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER |

Defendant Aung moves this Court to extend the discovery deadline from August 4, 2023, to October 3, 2023, and the deadline to file a dispositive motion from October 27, 2023, until January 25, 2024.

Having read and considered the Defendant's motion and the declaration of defense counsel supporting the motion, and for good cause appearing, the Defendants' motion (ECF No. 25) is **GRANTED**. The discovery deadline, including the deadline to file motions necessary to compel discovery, is extended until October 3, 2023. Additionally, the deadline to file a dispositive motion is extended to January 25, 2024.

**IT IS SO ORDERED.**

DATED: August 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Grant'g Mot. to Modify Disc. Order (2:22-cv-01832-AC)