IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL DONNELL NILES, | Case No. 2:22-cv-1832 TLN AC P |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| SANDAR AUNG, | |
| Defendant. | |

Defendant Aung moves this Court to extend the deadline for her to reply to Plaintiff's opposition to Defendant's motion for summary judgment.

Having read and considered the Defendant's motion and the declaration of defense counsel supporting the motion, and for good cause appearing, the Defendant's motion (ECF No. 36) is **GRANTED**. Defendant is required to file a reply to Plaintiff's opposition to Defendant's motion for summary judgment no later than March 20, 2024.

**IT IS SO ORDERED.**

DATED: February 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Grant'g Mot. to Extend Time to Reply (2:22-cv-01832 TLN AC P)